AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bowman, Leslie A. | U.S. District Court - Arizona | 04/26/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 3170
Tucson, Arizona 85701-5054

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/26/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Physician, self-employed |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/26/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Ocwen Loan Servicing, LLC | Mortgage on Rental Property, Pima County (Pt. VII, line 5) | N |
| 2. | Merrill Lynch | Mortgage on Rental Property, Pima County (Pt. VII, line 6) | N |
| 3. | Merrill Lynch | Mortgage on Rental Property, Los Angeles County (Pt. VII, line 7) | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/26/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Account | A | Interest | J | T | | | | | |
| 2. Wells Fargo Bank Accounts | A | Interest | J | T | | | | | |
| 3. Capital One Accounts | A | Interest | K | T | | | | | |
| 4. Bank of America Account | A | Interest | J | T | | | | | |
| 5. Rental Property #1, Pima County, AZ | D | Rent | N | W | | | | | |
| 6. Rental Property #2, Pima County, AZ | E | Rent | M | W | | | | | |
| 7. Rental Property #3, Los Angeles County, CA | E | Rent | P1 | W | | | | | |
| 8. Diversified Van Inst Indx Plus | A | Dividend | K | T | Sold (part) | 12/21/15 | J | | |
| 9. Diversified Vanguard SmCap Indx Plus | A | Dividend | K | T | Sold (part) | 12/21/15 | J | | |
| 10. Vanguard Institutional Indx | A | Dividend | L | T | Sold (part) | 12/18/15 | J | | |
| 11. Vanguard Prime Money Market Sweep Account | A | Interest | J | T | | | | | |
| 12. Vanguard Health Care Fd Investor Shares | A | Dividend | K | T | | | | | |
| 13. Vanguard Large Cap Indx Fd Adm Shares | C | Dividend | M | T | | | | | |
| 14. Vanguard Reit Indx Fd Adm Shares | A | Dividend | | | Sold | 02/13/15 | K | D | |
| 15. Vanguard Small Cap Indx Fd Adm Shares | B | Dividend | M | T | | | | | |
| 16. Vanguard Total International Stock Indx Fd Adm Shares | C | Dividend | L | T | | | | | |
| 17. Apple | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard S & P 500 Index ETF | D | Dividend | N | T | | | | | |
| 19. Vanguard Consumer Discretionary ETF | B | Dividend | L | T | | | | | |
| 20. Vanguard Small Cap ETF | C | Dividend | M | T | | | | | |
| 21. Vanguard Healthcare ETF | C | Dividend | M | T | | | | | |
| 22. Vanguard Financials ETF | B | Dividend | L | T | | | | | |
| 23. UBS Money Market | A | Dividend | J | T | | | | | |
| 24. Vanguard Total Stock Mkt ETF | B | Dividend | M | T | Buy | 06/05/15 | M | | |
| 25. Vanguard REIT ETF | A | Dividend | | | Sold | 02/13/15 | L | D | |
| 26. Vanguard Information Tech ETF | C | Dividend | M | T | | | | | |
| 27. Vanguard 500 Index Fund ADM | A | Dividend | J | T | Buy (add'l) | 02/17/15 | J | | |
| 28. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 29. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 30. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 31. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 32. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 33. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 34. | | | | | Buy (add'l) | 09/15/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 36. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 37. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 38. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 39. Vanguard Extended Mkt ETF | C | Dividend | M | T | | | | | |
| 40. Vanguard Total International ETF | C | Dividend | M | T | | | | | |
| 41. Vanguard Value Index Fund | A | Dividend | J | T | Buy (add'l) | 02/17/15 | J | | |
| 42. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 43. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 44. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 45. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 46. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 47. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 48. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 49. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 50. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 51. | | | | | Buy (add'l) | 10/27/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/26/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 53. Vanguard FTSE All World EXUS | A | Dividend | J | T | Buy (add'l) | 02/17/15 | J | | |
| 54. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 55. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 56. | | | | | Buy (add'l) | 07/15/15 | J | | |
| 57. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 58. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 59. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 60. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 61. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 62. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 63. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 64. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 65. Vanguard Sm Cap Value Index | A | Dividend | J | T | Buy (add'l) | 02/17/15 | J | | |
| 66. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 67. | | | | | Buy (add'l) | 06/23/15 | J | | |
| 68. | | | | | Buy (add'l) | 07/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/26/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 70. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 71. | | | | | Buy (add'l) | 08/25/15 | J | | |
| 72. | | | | | Buy (add'l) | 09/15/15 | J | | |
| 73. | | | | | Buy (add'l) | 10/02/15 | J | | |
| 74. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 75. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 76. | | | | | Buy (add'l) | 11/16/15 | J | | |
| 77. Vanguard Growth and Income Investors | A | Dividend | | | Buy | 07/20/15 | J | | |
| 78. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 79. | | | | | Buy (add'l) | 10/21/15 | J | | |
| 80. | | | | | Buy (add'l) | 10/27/15 | J | | |
| 81. | | | | | Sold | 11/16/15 | J | A | |
| 82. Vanguard Dividend Appreciation ETF | A | Dividend | J | T | Buy | 11/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/26/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 17 from the 2014 report mistakenly failed to list a partial sale that occurred on 12/19/14 with a value code of J. That fund is listed on line 10 of the 2015 report.

Line 23 from the 2014 report was the same fund as line 16. The shares from line 16 were converted automatically into the funds listed on line 23 when our investments reached a certain level, reducing our fees. Those have been consolidated on the 2015 report and are on line 16.

Line 36 from the 2014 report was mistakenly listed as Vanguard REIT instead of Vanguard REIT ETF. It is correctly listed on line 25 of the 2015 report.

Line 37 from the 2014 report was mistakenly listed as Vanguard Information Tech instead of Vanguard Information Tech ETF. It is correctly listed on line 26 of the 2015 report.

| Name of Person Reporting | Date of Report |
|---|---|
| Bowman, Leslie A. | 04/26/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leslie A. Bowman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544